# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| JETTON GENERAL CONTRACTING, INC. | PLAINTIFF/COUNTER-DEFENDANT |
| v. | No. 3:19-cv-177-DPM |
| MARKEITH MANGUM | DEFENDANT/COUNTER-CLAIMANT |

## JUDGMENT

The complaint and counterclaims are dismissed with prejudice. The Court retains jurisdiction until 9 September 2019 to enforce the parties' settlement.

*signature*

D.P. Marshall Jr.
United States District Judge

12 August 2019